HAMMERSCHMITT, Appellant, v. SECOND AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Action by Louis Hammer-

schmitt against the Second Avenue Railroad Company. E. M. Welch, for appellant. H. A. Robinson, for respondent. No opinion. Judgment reversed, and new trial ordered, without costs of appeal to either party.